*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

v.

CARY M. PINE

Case Number: 00-6033

CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

TO: *(Name and Address of Defendant)*

    CARY M. PINE
    2201 S. OCEAN DR

    APT 2203
    HOLLYWOOD, FL  330192569

YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney

    Mary F. Dooley
    Assistant United States Attorney
    99 NE 4TH STREET
    3RD FLOOR
    MIAMI, FL  33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

BY DEPUTY CLERK

JAN 1 0 2000
_____ DATE