AFFIDAVIT OF SERVICE

Case No: 00-6033-CIV-ZLOCH

COURT
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

TO BE SERVED
CORY M. PINE
2201 S. OCEAN DRIVE, APT #902
HOLLYWOOD, FLORIDA 33019

UNITED STATES OF AMERICA
vs.
CORY M. PINE

SUMMONS IN A CIVIL ACTION

SERVED FOR
BUDDY H. DOOLEY, AUSA

INFORMATION
Court Date:
Court Time:
Witness Fee$
Doc. Type: Original
Atty File #:

99 N.E. 4th STREET, SUITE 700
MIAMI, FLORIDA 33132

I received this process 02/15/00 at 4:27 PM and it was served 02/29/00 at
in BROWARD COUNTY, FLORIDA.

    On: CORY M. PINE
    At: 2201 S. OCEAN DRIVE, APT #902
        HOLLYWOOD, FLORIDA 33019

SUBSTITUTE SERVICE: (F.S. 48.031)

By leaving a copy of this writ, the date and hour of service endorsed
by me, and a copy of the complaint, petition or initial pleading as furn-
ished by the plaintiff or petitioner at the within named person's usual
place of abode, with a member of said household above the age of fifteen
years, to wit:

        JOHN DOE
        SI: TENANT

and informing such person of their contents.

State Remarks:

I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above    The foregoing instrument was acknowledged
action, am over 18 years of age; that the above Affi-   before me this 02 day of March, 2000
davit is true and correct, and that service was made    BY VICTOR P. BACEK,
in accordance with Rule 1.410(C) Florida R.C.P., and    who is personally known to me, or who has
Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and   produced a F/DL as identification
Section 600 FL. Sec.                                    and who DID take an oath.

        V. Bacek

PROCESS SERVER: VICTOR P. BACEK
CAPLAN/MARKOWITZ & KAYE   (305) 374-3426

BRENDA TAYLOR
My Commission # CC 815820
Expires March 19, 2003
Bonded Thru Notary Service & Bonding Co.

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number: 00-6033

v.

CARY M. PINE

MAGISTRATE JUDGE
SELTZER

TO: (Name and Address of Defendant)

CARY M. PINE
2201 S. OCEAN DR
APT 2203
HOLLYWOOD, FL 330192569

YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

JAN 1 0 2000

CLARENCE MADDOX                                         _____ DATE
CLERK OF THE COURT

BY DEPUTY CLERK