UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. ~~98-6624~~-CIV-ZLOCH

FILED by _____ D.C.

**MAR 3 1 2000**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                      **CONSENT FINAL JUDGMENT**

CARY M. PINE,

     Defendant.
_____/

THIS MATTER is before the Court upon the Notice Of Submission Of Proposed Consent Judgment, bearing file stamp of the Clerk of this Court dated March 31, 2000, filed herein by the parties. The Court having carefully considered said Notice and after due consideration, it is

    **ADJUDGED** as follows:

    1.    That the Plaintiff, United States of America, does have and recover from the Defendant, Cary M. Pine, the sum of $8,833.18 as principal, plus $5,730.26 as accrued interest through March 21, 2000, together with interest from March 22, 2000, through and including the date of this judgment at the rate of 7.000% percent per annum, together with interest thereon at the rate of 6.197% from the date of this Consent Final Judgment, for all of which let execution issue; and

    2.    To the extent not otherwise disposed of herein, all



pending Motions are hereby **DENIED** as moot.

   **ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.


WILLIAM J. ZLOCH
United States District Judge


Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Joseph Peterson
13265 Persimmon Blvd.
Royal Palm Beach, FL 33411