UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. ~~98-6624~~ 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARY M. PINE,

    Defendant.
_____/

FILED by _____ D.C.

MAR 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Notice Of Submission Of Proposed Consent Judgment, bearing file stamp of the Clerk of this Court dated March 31, 2000, filed herein by the parties. The Court having carefully considered said Notice and after due consideration, it is

**ADJUDGED** as follows:

1. That the Plaintiff, United States of America, does have and recover from the Defendant, Cary M. Pine, the sum of $8,833.18 as principal, plus $5,730.26 as accrued interest through March 21, 2000, together with interest from March 22, 2000, through and including the date of this judgment at the rate of 7.000% percent per annum, together with interest thereon at the rate of 6.197% from the date of this Consent Final Judgment, for all of which let execution issue; and

2. To the extent not otherwise disposed of herein, all



pending Motions are hereby **DENIED** as moot.

     **ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.

                                           WILLIAM J. ZLOCH
                                       United States District Judge

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Joseph Peterson
13265 Persimmon Blvd.
Royal Palm Beach, FL 33411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff

vs.

CARY PINE,

        Defendant.
_____/

## NOTICE OF TAKING DEPOSITION IN AID OF EXECUTION

**PLEASE TAKE NOTICE** that in accordance with the Federal Rules of Civil Procedure, the Plaintiff, United States of America, through its undersigned Assistant United States Attorney for the Southern District of Florida, will take the deposition in aid of execution of the following person on the date, time and place set forth below:

**Name**: CARY PINE

**Date:** October 10, 2007

**Time:** 1:30 p.m.

**Place:** United States Attorney Office
Miami, FL
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132

Please bring the requested documents requested in the attached Schedules A, B and C.

1



    Said deposition will be taken upon oral examination before a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions.

    The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: August 29th, 2007  
       Miami, Florida

R. ALEXANDER ACOSTA  
UNITED STATES ATTORNEY

By: _____  
Aloyma M. Sanchez (0717509)  
Assistant United States Attorney  
aloyma.sanchez@usdoj.gov  
99 NE 4th Street, Suite 300  
Miami, FL 33132-2111  
Tel(305) 961-9204  
Fax(305) 530-7195  
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to take Deposition Upon Oral Examination and Request for Production of Documents was served by Federal Express this 29th day of August, 2007 to: Cary Pine 6919 W. Broward Blvd #124, Plantation, FL 33137.

By: _____  
Aloyma M. Sanchez  
Assistant United States Attorney

cc:   Fernandez & Associates Court Reporters  
      (305) 374-8868  
      (305) 374-9668

      Consuelo Bascuas, Certified Interperter  
      (305) 371-4283  
      (305) 782-8482