UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. ~~98-6624~~ 00-6033-CIV-ZLOCH

FILED by _____ D.C.

MAR 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARY M. PINE,

    Defendant.
_____/

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Notice Of Submission Of Proposed Consent Judgment, bearing file stamp of the Clerk of this Court dated March 31, 2000, filed herein by the parties. The Court having carefully considered said Notice and after due consideration, it is

**ADJUDGED** as follows:

1. That the Plaintiff, United States of America, does have and recover from the Defendant, Cary M. Pine, the sum of $8,833.18 as principal, plus $5,730.26 as accrued interest through March 21, 2000, together with interest from March 22, 2000, through and including the date of this judgment at the rate of 7.000% percent per annum, together with interest thereon at the rate of 6.197% from the date of this Consent Final Judgment, for all of which let execution issue; and

2. To the extent not otherwise disposed of herein, all



pending Motions are hereby **DENIED** as moot.

  **ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_\_ day of March, 2000.

                 WILLIAM J. ZLOCH
                 United States District Judge

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Joseph Peterson
13265 Persimmon Blvd.
Royal Palm Beach, FL 33411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff

vs.

CARY PINE,
    Defendant.
_____/

### NOTICE OF TAKING DEPOSITION IN AID OF EXECUTION

**PLEASE TAKE NOTICE** that in accordance with the Federal Rules of Civil Procedure, the Plaintiff, United States of America, through its undersigned Assistant United States Attorney for the Southern District of Florida, will take the deposition in aid of execution of the following person on the date, time and place set forth below:

**Name**: CARY PINE

**Date:** October 10, 2007

**Time:** 1:30 p.m.

**Place:** United States Attorney Office
Miami, FL
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132

Please bring the requested documents requested in the attached Schedules A, B and C.

1



Said deposition will be taken upon oral examination before a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions.

The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: August 29th, 2007
Miami, Florida

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
Aloyma M. Sanchez (0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Tel(305) 961-9204
Fax(305) 530-7195
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to take Deposition Upon Oral Examination and Request for Production of Documents was served by Federal Express this 29th day of August, 2007 to: Cary Pine 6919 W. Broward Blvd #124, Plantation, FL 33137.

By: _____
Aloyma M. Sanchez
Assistant United States Attorney

cc:   Fernandez & Associates Court Reporters
      (305) 374-8868
      (305) 374-9668

      Consuelo Bascuas, Certified Interperter
      (305) 371-4283
      (305) 782-8482

# FedEx US Airbill Express

**FedEx Tracking Number** 8610 5338 3804

**Sender's Copy**

**1 From** Please print and press hard.

Date 8/31/07

Sender's FedEx Account Number 1425-1511-3

Sender's Name: Aloyma Sanchez   Phone ( )

Company: USDOJ/US ATTORNEYS OFFICE

Address: 99 NE 4TH ST

City: MIAMI   State: FL   ZIP: 33132

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Cary Pine   Phone ( )

Company:

Recipient's Address: 6919 W. Broward Blvd. #124  POB

City: Plantation   State: FL   ZIP: 33132

0360830705



Find drop-off locations at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** — Packages up to 150 lbs.
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages ___ Total Weight ___ Total Declared Value $ .00

**8 Residential Delivery Signature Options**
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

