UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. ~~98-6624~~-CIV-ZLOCH
00-6033

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CARY M. PINE,

       Defendant.
_____/

FILED by _____ D.C.

MAR 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Notice Of Submission Of Proposed Consent Judgment, bearing file stamp of the Clerk of this Court dated March 31, 2000, filed herein by the parties. The Court having carefully considered said Notice and after due consideration, it is

**ADJUDGED** as follows:

1. That the Plaintiff, United States of America, does have and recover from the Defendant, Cary M. Pine, the sum of $8,833.18 as principal, plus $5,730.26 as accrued interest through March 21, 2000, together with interest from March 22, 2000, through and including the date of this judgment at the rate of 7.000% percent per annum, together with interest thereon at the rate of 6.197% from the date of this Consent Final Judgment, for all of which let execution issue; and

2. To the extent not otherwise disposed of herein, all



pending Motions are hereby **DENIED** as moot.

**ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Joseph Peterson
13265 Persimmon Blvd.
Royal Palm Beach, FL 33411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff

vs.

CARY PINE,
       Defendant.
_____/

### NOTICE OF TAKING DEPOSITION IN AID OF EXECUTION

**PLEASE TAKE NOTICE** that in accordance with the Federal Rules of Civil Procedure, the Plaintiff, United States of America, through its undersigned Assistant United States Attorney for the Southern District of Florida, will take the deposition in aid of execution of the following person on the date, time and place set forth below:

**Name**: CARY PINE

**Date:** October 10, 2007

**Time:** 1:30 p.m.

**Place:** United States Attorney Office
Miami, FL
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132

Please bring the requested documents requested in the attached Schedules A, B and C.

1



Said deposition will be taken upon oral examination before a **Notary Public** in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions.

The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: August 29th, 2007   R. ALEXANDER ACOSTA
Miami, Florida   UNITED STATES ATTORNEY

By: _____
Aloyma M. Sanchez (0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Tel(305) 961-9204
Fax(305) 530-7195
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to take Deposition Upon Oral Examination and Request for Production of Documents was served by Federal Express this 29th day of August, 2007 to: Cary Pine 6919 W. Broward Blvd #124, Plantation, FL 33137.

By: _____
Aloyma M. Sanchez
Assistant United States Attorney

cc:   Fernandez & Associates Court Reporters
(305) 374-8868
(305) 374-9668

Consuelo Bascuas, Certified Interperter
(305) 371-4283
(305) 782-8482

2

# FedEx US Airbill — Sender's Copy

**FedEx Tracking Number:** 8610 5338 3804

## 1 From
- **Date:** 8/31/07
- **Sender's FedEx Account Number:** 1425-1511-3
- **Sender's Name:** Aloyma Sanchez
- **Phone:** ( )
- **Company:** USDOJ/US ATTORNEYS OFFICE
- **Address:** 99 NE 4TH ST
- **City:** MIAMI **State:** FL **ZIP:** 33132

## 2 Your Internal Billing Reference
OPTIONAL

## 3 To
- **Recipient's Name:** Cary Pine
- **Phone:** ( )
- **Company:**
- **Recipient's Address:** 6919 W. Broward Blvd. #124  POB
- **City:** Plantation **State:** FL **ZIP:** 33132

0360830705



Find drop-off locations at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

## 4a Express Package Service
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice

## 7 Payment Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages / Total Weight / Total Declared Value $ .00

## 8 Residential Delivery Signature Options
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

Rev. Date 10/06 • Part #158279 • ©1994–2006 FedEx • PRINTED IN U.S.A. • SRF



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 2, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **861053383804**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 6919 W BROWARD BLVD 33317 |
| Signed for by: | R.ARIALES | Delivery date: | Sep 4, 2007 10:02 |
| Service type: | Priority Envelope | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 861053383804 | Ship date: | Aug 31, 2007 |

**Recipient:**
CARY PINE
-
69619 W BROWARD BLVD 124
33317 US

**Shipper:**
ALOYMA SANCHEZ
USDOJ/US ATTORNEYS OFFICE
99 NE 4TH ST
33132 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

