UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. ~~98-6624~~ 00-6033-CIV-ZLOCH

FILED by _____ D.C.

MAR 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARY M. PINE,

    Defendant.
_____/

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Notice Of Submission Of Proposed Consent Judgment, bearing file stamp of the Clerk of this Court dated March 31, 2000, filed herein by the parties. The Court having carefully considered said Notice and after due consideration, it is

**ADJUDGED** as follows:

1. That the Plaintiff, United States of America, does have and recover from the Defendant, Cary M. Pine, the sum of $8,833.18 as principal, plus $5,730.26 as accrued interest through March 21, 2000, together with interest from March 22, 2000, through and including the date of this judgment at the rate of 7.000% percent per annum, together with interest thereon at the rate of 6.197% from the date of this Consent Final Judgment, for all of which let execution issue; and

2. To the extent not otherwise disposed of herein, all



pending Motions are hereby **DENIED** as moot.

**ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of March, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Joseph Peterson
13265 Persimmon Blvd.
Royal Palm Beach, FL 33411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff

vs.

CARY PINE,

        Defendant.
_____/

## NOTICE OF TAKING DEPOSITION IN AID OF EXECUTION

**PLEASE TAKE NOTICE** that in accordance with the Federal Rules of Civil Procedure, the Plaintiff, United States of America, through its undersigned Assistant United States Attorney for the Southern District of Florida, will take the deposition in aid of execution of the following person on the date, time and place set forth below:

**Name**: CARY PINE

**Date:**  October 10, 2007

**Time:** 1:30 p.m.

**Place:** United States Attorney Office
Miami, FL
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132

Please bring the requested documents requested in the attached Schedules A, B and C.

1



Said deposition will be taken upon oral examination before a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions.

The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: August 29th, 2007  
Miami, Florida

R. ALEXANDER ACOSTA  
UNITED STATES ATTORNEY

By: _____  
Aloyma M. Sanchez (0717509)  
Assistant United States Attorney  
aloyma.sanchez@usdoj.gov  
99 NE 4th Street, Suite 300  
Miami, FL 33132-2111  
Tel(305) 961-9204  
Fax(305) 530-7195  
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to take Deposition Upon Oral Examination and Request for Production of Documents was served by Federal Express this 29th day of August, 2007 to: Cary Pine 6919 W. Broward Blvd #124, Plantation, FL 33137.

By: _____  
Aloyma M. Sanchez  
Assistant United States Attorney

cc:   Fernandez & Associates Court Reporters  
      (305) 374-8868  
      (305) 374-9668

      Consuelo Bascuas, Certified Interperter  
      (305) 371-4283  
      (305) 782-8482

2

# FedEx Express US Airbill

**FedEx Tracking Number:** 8610 5338 3804

**Sender's Copy**

## 1 From
- **Date:** 8/31/07
- **Sender's FedEx Account Number:** 1425-1511-3
- **Sender's Name:** Aloyma Sanchez
- **Phone:** ( )
- **Company:** USDOJ/US ATTORNEYS OFFICE
- **Address:** 99 NE 4TH ST
- **City:** MIAMI  **State:** FL  **ZIP:** 33132

## 2 Your Internal Billing Reference

## 3 To
- **Recipient's Name:** Cary Pine
- **Phone:** ( )
- **Company:**
- **Recipient's Address:** 6919 W. Broward Blvd. #124  POB
- **City:** Plantation  **State:** FL  **ZIP:** 33132

0360830705

## 4a Express Package Service
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice



## 7 Payment Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

## 8 Residential Delivery Signature Options
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRF





| | | |
|---|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br>Telephone: 901-369-3600 | |

October 2, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **861053383804**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 6919 W BROWARD BLVD 33317 |
| Signed for by: | R.ARIALES | Delivery date: | Sep 4, 2007 10:02 |
| Service type: | Priority Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 861053383804 | Ship date: | Aug 31, 2007 |

Recipient:
CARY PINE
-
69619 W BROWARD BLVD 124
33317 US

Shipper:
ALOYMA SANCHEZ
USDOJ/US ATTORNEYS OFFICE
99 NE 4TH ST
33132 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,        )
                                 )
                                 )
        Plaintiff,                )
                                 )
Vs.                              )
                                 )
CARY PINE,                       )
                                 )
                                 )
        Defendants.               )
_____)

AFFIDAVIT OF NON-APPEARANCE

STATE OF FLORIDA                    **ORIGINAL**
COUNTY OF DADE

    I, Suzanne Fernandez, Shorthand Reporter, do hereby certify that I was present at the offices of the U.S. Attorney, 99 NE 4th Street, 3rd Floor, Miami, Florida, on the 10th day of October 2007 at 1:30 p.m., for the purpose of reporting the deposition of Cary Pine, scheduled to begin at 1:30 p.m., and that the deponent did not appear.

WITNESS MY HAND AND SEAL at Miami, Dade County, Florida, this 10th day of October 2007.

_____
Suzanne Fernandez,
Court Reporter



SUZANNE FERNANDEZ
Notary Public - State of Florida
My Commission Expires May 12, 2010
Commission # DD 547848

FERNANDEZ & ASSOCIATES
444 Brickell Avenue, Suite 718, Miami   FL 33131