UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. ~~98-6624~~ 00-6033-CIV-ZLOCH

FILED by ____ D.C.

MAR 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARY M. PINE,

    Defendant.
_____/

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Notice Of Submission Of Proposed Consent Judgment, bearing file stamp of the Clerk of this Court dated March 31, 2000, filed herein by the parties. The Court having carefully considered said Notice and after due consideration, it is

**ADJUDGED** as follows:

1. That the Plaintiff, United States of America, does have and recover from the Defendant, Cary M. Pine, the sum of $8,833.18 as principal, plus $5,730.26 as accrued interest through March 21, 2000, together with interest from March 22, 2000, through and including the date of this judgment at the rate of 7.000% percent per annum, together with interest thereon at the rate of 6.197% from the date of this Consent Final Judgment, for all of which let execution issue; and

2. To the extent not otherwise disposed of herein, all



pending Motions are hereby **DENIED** as moot.

**ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Joseph Peterson
13265 Persimmon Blvd.
Royal Palm Beach, FL 33411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff

vs.

CARY PINE,

        Defendant.
_____/

### NOTICE OF TAKING DEPOSITION IN AID OF EXECUTION

**PLEASE TAKE NOTICE** that in accordance with the Federal Rules of Civil Procedure, the Plaintiff, United States of America, through its undersigned Assistant United States Attorney for the Southern District of Florida, will take the deposition in aid of execution of the following person on the date, time and place set forth below:

**Name**: CARY PINE

**Date:** October 10, 2007

**Time:** 1:30 p.m.

**Place:** United States Attorney Office
Miami, FL
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132

Please bring the requested documents requested in the attached Schedules A, B and C.

1



Said deposition will be taken upon oral examination before a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions.

The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: August 29th, 2007
Miami, Florida

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
Aloyma M. Sanchez (0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Tel(305) 961-9204
Fax(305) 530-7195
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to take Deposition Upon Oral Examination and Request for Production of Documents was served by Federal Express this 29th day of August, 2007 to: Cary Pine 6919 W. Broward Blvd #124, Plantation, FL 33137.

By: _____
Aloyma M. Sanchez
Assistant United States Attorney

cc:   Fernandez & Associates Court Reporters
      (305) 374-8868
      (305) 374-9668

      Consuelo Bascuas, Certified Interperter
      (305) 371-4283
      (305) 782-8482

**FedEx Express US Airbill**   Sender's Copy

FedEx Tracking Number: 8610 5338 3804

**1 From**
Date: 8/31/07
Sender's FedEx Account Number: 1425-1511-3
Sender's Name: Aloyma Sanchez
Company: USDOJ/US ATTORNEYS OFFICE
Address: 99 NE 4TH ST
City: MIAMI  State: FL  ZIP: 33132

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Cary Pine
Company:
Recipient's Address: 6919 W. Broward Blvd. #124  POB
City: Plantation  State: FL  ZIP: 33132

0360830705


Find drop-off locations at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** — Packages up to 150 lbs.
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling** — Include FedEx address in Section 3.
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[X] No  [ ] Yes As per attached Shipper's Declaration  [ ] Yes Shipper's Declaration not required  [ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender  [ ] Recipient  [ ] Third Party  [ ] Credit Card  [ ] Cash/Check

Total Packages   Total Weight   Total Declared Value $ .00

**8 Residential Delivery Signature Options**
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

519





FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 2, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **861053383804**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 6919 W BROWARD BLVD 33317 |
| Signed for by: | R.ARIALES | Delivery date: | Sep 4, 2007 10:02 |
| Service type: | Priority Envelope | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 861053383804 | Ship date: | Aug 31, 2007 |

Recipient:  
CARY PINE  
-  
69619 W BROWARD BLVD 124  
33317 US

Shipper:  
ALOYMA SANCHEZ  
USDOJ/US ATTORNEYS OFFICE  
99 NE 4TH ST  
33132 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339



1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,      )
                               )
                               )
    Plaintiff,                 )
                               )
Vs.                            )
                               )
CARY PINE,                     )
                               )
                               )
    Defendants.                )
_____)

AFFIDAVIT OF NON-APPEARANCE

STATE OF FLORIDA
COUNTY OF DADE

**ORIGINAL**

I, Suzanne Fernandez, Shorthand Reporter, do hereby certify that I was present at the offices of the U.S. Attorney, 99 NE 4th Street, 3rd Floor, Miami, Florida, on the 10th day of October 2007 at 1:30 p.m., for the purpose of reporting the deposition of Cary Pine, scheduled to begin at 1:30 p.m., and that the deponent did not appear.

WITNESS MY HAND AND SEAL at Miami, Dade County, Florida, this 10th day of October 2007.

_____
Suzanne Fernandez,
Court Reporter

SUZANNE FERNANDEZ
Notary Public - State of Florida
My Commission Expires May 12, 2010
Commission # DD 547848



FERNANDEZ & ASSOCIATES
444 Brickell Avenue, Suite 718, Miami    FL 33131

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARY PINE

         Defendant.
_____/

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION IN AID OF EXECUTION**

Plaintiff, United States of America, pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests that the defendant produce for inspection and copying the following records and documents at the Office of the United States Attorney, 99 N.E. 4th Street, 3rd Floor, Miami, Florida, within thirty (30) days of service of this document.

As used in this request, the term "records" is defined as including, but not limited to, the original and any identical copy (which is different from the original because of notations on signed copy or otherwise) of all correspondence, telegrams, teletype messages, facsimiles, contracts, agreements, memoranda, pencil notations, daily calendar entries, reports, recommendations and any other written form or notation of events, transcripts, records of conversations and telephone calls, computer generated records, information stored on a computer, books, records, photographs, videotapes, invoices, financial statements, checks, and bank records.

This request for production requires production of all documents and records in the



possession, custody or control of any expert witnesses.

You are reminded that, pursuant to Rule 26(e)(2) of the Federal Rules of Civil Procedure, you are under a continuing duty to amend your response to the following requests for production if you learn that a prior response was incomplete or incorrect and if the additional corrective information has not otherwise been made known to the other parties during the discovery process or in writing.

## **DOCUMENTS TO BE PRODUCED**

Please produce, or provide legible copies, of the following:

1. All documents relied upon in responding to Plaintiff's Interrogatories.

2. Any and all exhibits that you intend to introduce at trial.

3. Any and all documents in support of your defenses.

4. Any and all proofs of payment of the student loans which are the subject of this action.

5. Any and all satisfactions of the loans which form the subject matter of Plaintiff's complaint.

6. Any documents regarding IRS seizures, if any, of your funds.

7. Correspondence and any other documents regarding the subject loans.

8. The current resume(s) of all expert witnesses you may call to testify at trial.

9. All documents related to any lawsuit or legal action, other than this action, brought by or against you, including any complaints, judgments, orders, or documents related to any settlement or outcome of such action.

10. Copies of your federal income tax returns, including, but not limited to, all 1099s, and W-2 forms, for the years 2000 to the present. This request for production requires the production of individual and joint income tax returns.

11. All records of salary, wages, earnings, commissions or other compensation from any and all sources which were paid to you for the last five (5) years.

-2-

12. All records in your possession which relate to any civil or criminal case in which you were a party during the last ten (10) years.

13. Please execute the attached Tax Information Authorization, IRS form 8821.

14. Copies of partnership or corporate income tax returns for any partnership or corporation in which you possess any ownership interest, whether solely as partner, joint venturer, stockholder, or otherwise from January 1, 2000, to date and all financial statements prepared for any of the foregoing entities over the same period.

15. Copies of all general ledgers, cash receipt journals, disbursement journals, sales journals, purchase journals, general journals for any and all partnerships, corporations or sole proprietorships in which you possessed an ownership or controlling interest from January 1, 2000, to date.

16. Copies of all customer invoices, bills of lading, vendor invoices, contracts, and other source documents for any and all partnerships, corporations or sole proprietorships in which you possessed an ownership or controlling interest from January 1, 2000, to date.

17. Copies of all accountants prepared or internally prepared working papers including trial balances, adjusting journal entries, bank reconciliations, depreciation schedules and all other schedules used to prepare income tax returns and/or financial statements for any and all partnerships, corporations or sole proprietorships in you possessed an ownership or controlling interest from January 1, 2000, to date.

18. Copies of all loan documents and loan applications for any and all partnerships, corporations or sole proprietorships in which you possessed an ownership or controlling interest from January 1, 2000, to date.

19. Copies of any and all payroll tax returns for any corporation or partnership of which you are an officer or director from January 1, 2000, to date.

20. Any and all invoices, receipts, airline tickets, travel statements, frequent flyer statements, credit card slips and other documents evidencing travel and/or entertainment expenses incurred by

you, as required by the Internal Revenue Service Code Section 274, for any and all businesses from January 1, 2000, to date.

21. Any list, evidence or other documents showing, referring to or implying any and all of your relatives that worked for you in any capacity or received any form of remuneration from you from January 1, 2000, to date. The list should include relationship and job description. Also, for each individual listed, provide time cards, time sheets and other payroll records from January 1, 2000, to date.

22. Any and all sales tax returns and all documents evidencing amounts used to prepare those returns for any and all partnerships, corporations or sole proprietorships in which you possessed an ownership or an interest from January 1, 2000, to date.

23. Any documents (including leases) evidencing leasing of real or personal property by you, any and all partnerships, corporations or sole proprietorships in which you possessed an ownership or controlling interest from January 1, 2000, to date either as lessor or lessee including any sublease agreement.

24. Any and all documents evidencing contractual relationships whether written or otherwise, existing between you individually or any and all partnerships, corporations or sole proprietorships in which you possessed an ownership interest in any and all entities related by virtue of common ownership from January 1, 2000, to date.

25. All bank statements, canceled checks, bank deposit books, bank deposit slips and brokerage statements, for every checking account and brokerage account from January 1, 2000, to date in you have been authorized as a signatory whether it is single, joint, solely or as a copartner or joint venturer in any business enterprise, or owned by any corporation in which you have an interest from January 1, 2000, to date.

26. The deeds to any and all real property in which you have or had an interest from January

1, 2000, to date, whether individually, solely or jointly, as copartner or joint venturer, in any business enterprise, or owned by any corporation in which you possessed an interest.

27. Evidence documenting all corporate securities (stock or bonds) owned by you or by any entity in which you have possessed an ownership or interest, including stock certificates, broker's statements, confirmation receipts, from January 1, 2000, to date.

28. Each and every savings certificate and certificate of deposit owned by you from January 1, 2000, to date.

29. Each and every life insurance and/or disability policy in which you have had an interest as beneficiary, owner, insured or otherwise from January 1, 2000, to date.

30. Each and every personal property insurance policy or floater in which you had any interest as beneficiary, owner, insured or otherwise, from January 1, 2000, to date.

31. Each and every personal financial statement prepared by you which were submitted to any financial institution whatsoever from January 1, 2000, to date.

32. Any and all applications for credit and loans to any bank, credit union or lending institution or issuer of credit cards prepared by you from January 1, 2000, to date.

33. All statements of account, and individual charge slip records for any and all charge accounts which you had from January 1, 2000, to date relating to you.

34. All correspondence, promissory notes, contracts or other writings or copies thereof, which show or document any monies you presently owe to any other person or owed to any other person, regardless of whether said monies are still due and owing from January 1, 2000, to date.

35. All correspondence, promissory notes, contracts or other writings or copies thereof which show or document any monies owed to you by any other person or money any other person owed to you, any business entity in which you had an interest, or any trust or deferred compensation plan, regardless of whether said monies are still due and owing, from January 1, 2000, to date.

36. All writings and documentation reflecting current assets and liabilities including each and every profit and loss statement and balance sheet, for you whether individually, solely or jointly as copartner or joint venturer in any business enterprise, or for any corporation in which you have or had an interest from January 1, 2000, to date.

37. Copies of all mortgage instruments wherein you are or were either mortgagor or mortgagee from January 1, 2000, to date.

38. Copies of all judgments which you presently hold against any other person or entity or which you held against any other person, regardless of whether said judgment has been satisfied, from January 1, 2000, to date.

39. Copies of all judgments which have been or are now held by you, or any person or entity against you regardless of whether they have been satisfied, from January 1, 2000, to date.

40. Any evidence documenting intangible property ownership and/or rights owned by you or any and all partnerships, corporations or sole proprietorships controlled by you from January 1, 2000, to date.

41. All statements and tax returns relating to any pension or profit sharing or retirement plan in which you have any interest or liability (including SEP/IRA accounts) showing the extent of your interest or liability as of the latest statements received and disbursements on any such account from January 1, 2000, to date.

42. The title certificates, registration certificates, bills of sale, and other evidence of ownership possessed by you with respect to any of the following described personal property owned by you solely or jointly as copartners, or joint venturer, in any business enterprise, or owned by any corporation in which you have or had an ownership interest;

    (a)    Motor vehicle of any type;

    (b)    Commercial, business or construction equipment of any type;

  (c) Boats, launches, cruisers, or any other vessels of any type;

  (d) Aircraft of any type;

  (e) Inventory of any stock of goods or equipment of any type.

43. All real property tax bills, title insurance policies, bills of sale, deposit receipt contracts and all closing statements in regard to the sale or purchase of any real or personal property which you bought or sold from January 1, 2000, to date either corporately, via any and all partnerships, corporations, in which you had an ownership or controlling interest, or trust or deferred compensation plan.

44. Any rental statement for any safety deposit box or vault which you have or had from January 1, 2000, to date.

45. Copies of all Florida intangible tax returns and tangible personal property tax returns filed by you and all partnerships, corporations, in which you had an ownership or controlling interest, including supporting work sheets in connection therewith, from January 1, 2000, to date.

46. All receipts and stubs for each and every money order, bank check, cashier's check, certified check and travelers check, or the like, which you have purchased or was the remitter of from January 1, 2000, to date.

47. Any and all tape recordings, photographs or other demonstrative evidence which you intend to, or which you may utilize in the trial of this matter.

48. Copies of any contract bearing your name from January 1, 2000, to date.

49. Any list, evidence or other documents showing, referring to or implying any patents, copyrights or trademarks you or any entity in which you have a controlling interest either owned, owns or has pending.

50. Any buy-sell agreements between you and/or each and every individual or partnerships, corporations, or other entity from January 1, 2000, to date. Also, any documentation for insurance

or other instrument used to fund such an agreement.

51. Any list, evidence or other documents showing, referring to or implying any cash received by you for the years January 1, 2000, to date.

52. Copies of all documentation relating to any and all litigation matters entered into or enjoined by you from January 1, 2000, to date.

53. Copies of any and all working papers relating your bad debt expense or allowance for bad debt from January 1, 2000, to date.

54. Copies of any and all correspondence with any and all entities that have made offers to purchase your stock, whether a said offer was to you.

55. Copies of any and all personnel records for you for the period January 1, 2000, to date.

56. Copies of any and all management letters and internal control working papers from your auditors and accountants from January 1, 2000, to date.

57. Copies of any and all correspondence and documentation relating to any entity owned by you which were created by the use of your assets or liabilities (e.g., spinoff of company).

58. Copies of any and all correspondence from the Internal Revenue Service relating to you from January 1, 2000, to date.

59. Any list, evidence or other documents showing, referring to or implying the amount of all fees and/or benefits paid as referral fees to people or entities not employed by you from January 1, 2000, to date.

60. Any list, evidence or other documents showing, referring to or implying any and all foreign accounts that you have signatory rights from January 1, 2000, to date.

61. All correspondence, documents, income tax return, payroll tax returns, pay stubs, distribution statements or any other writing showing amounts you have received either as salary or dividends or other income from any entity during the years January 1, 2000, to date.

62. All passbooks for saving accounts, whether open or closed, covering January 1, 2000, to date, including prior passbooks or statement accounts. This request is to be construed to require production of any document in which you have any interest whatsoever, whether it be single, joint, as custodian for minor children, solely or as a copartner or joint venture in any business enterprise, or owned by any corporation in which you have a controlling interest, or held by some other person or entity on your behalf.

63. All of your checkbooks from January 1, 2000, to date.

64. A copy of the trust instrument for any trust in which you are a trustee or beneficiary and any and all trust tax returns and supporting documentation from January 1, 2000, to date.

65. All contracts and evidence of income from any of your projects, speeches, consultant work or jobs other than the regular from January 1, 2000, to date.

66. Copies of all letters, correspondence, pleadings, schedules and all other documents pertaining or relating to any bankruptcy proceedings in which you are/were involved.

67. Copies any and all Power of Attorneys executed by you or any entity in which you have an interest from January 1, 2000, to date.

68. Any list, evidence or other documentation showing, implying or referring to any and all cash received by you for the years January 1, 2000, to date.

Dated: August 30, 2007
Miami, Florida

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
Aloyma M. Sanchez (0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Tel(305) 961-9204
Fax(305) 530-7195
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to take Deposition Upon Oral Examination and Request for Production of Documents was served by Federal Express this 30th day of August, 2007 to: Cary Pine 6919 W. Broward Blvd #124, Plantation, FL 33137.

By: _____
Aloyma M. Sanchez
Assistant United States Attorney

-10-