UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARY PINE,

        Defendant.
_____/

**NOTICE TO STRIKE DOCKET ENTRY 7**

Plaintiff United States of America, by and through its undersigned Assistant United States Attorney, hereby submits a Notice to Strike Docket Entry Number 7. Docket Entry Number 7, dated October 22, 2007 contain errors in each Exhibit. It has been determined that all Exhibits (A through D) contains Exhibit A in error.

Dated: October 30, 2007
      Miami, Florida

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:  s/Aloyma M. Sanchez
Aloyma M. Sanchez(0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
Tel No.(305) 961-9360
Fax No.(305) 530-7195
Attorney for Plaintiff