UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff

vs.

CARY PINE,
       Defendant.
_____/

## NOTICE OF TAKING DEPOSITION IN AID OF EXECUTION

**PLEASE TAKE NOTICE** that in accordance with the Federal Rules of Civil Procedure, the Plaintiff, United States of America, through its undersigned Assistant United States Attorney for the Southern District of Florida, will take the deposition in aid of execution of the following person on the date, time and place set forth below:

**Name**: CARY PINE

**Date:** October 10, 2007

**Time:** 1:30 p.m.

**Place:** United States Attorney Office
      Miami, FL
      99 N.E. 4th Street, 3rd Floor
      Miami, FL 33132

Please bring the requested documents requested in the attached Schedules A, B and C.


GOVERNMENT EXHIBIT B

Said deposition will be taken upon oral examination before a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions.

The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: August 29th, 2007  R. ALEXANDER ACOSTA
Miami, Florida             UNITED STATES ATTORNEY

By: _____
Aloyma M. Sanchez (0717509)
Assistant United States Attorney
aloyma.sanchez@usdoj.gov
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Tel(305) 961-9204
Fax(305) 530-7195
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to take Deposition Upon Oral Examination and Request for Production of Documents was served by Federal Express this 29th day of August, 2007 to: Cary Pine 6919 W. Broward Blvd #124, Plantation, FL 33137.

By: _____
Aloyma M. Sanchez
Assistant United States Attorney

cc: Fernandez & Associates Court Reporters
(305) 374-8868
(305) 374-9668

Consuelo Bascuas, Certified Interperter
(305) 371-4283
(305) 782-8482