**FedEx Express US Airbill**

FedEx Tracking Number: 8610 5338 3804

Sender's Copy

**1 From**
Date: 8/31/07
Sender's FedEx Account Number: 1425-1511-3
Sender's Name: Alayma Sanchez
Company: USDOJ/US ATTORNEYS OFFICE
Address: 99 NE 4TH ST
City: MIAMI  State: FL  ZIP: 33132

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Cary Pine
Recipient's Address: 6919 W. Broward Blvd #124  PQB
City: Plantation  State: FL  ZIP: 33132

0360830705


Find drop-off locations at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** — Packages up to 150 lbs.
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[X] FedEx Envelope*
[ ] FedEx Pak*
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[X] No
[ ] Yes As per attached Shipper's Declaration
[ ] Yes Shipper's Declaration not required
[ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

Total Packages   Total Weight   Total Declared Value $ .00

**8 Residential Delivery Signature Options**
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

519

Rev. Date 10/06 • Part #158279 • ©1994–2006 FedEx • PRINTED IN U.S.A. • SRF

GOVERNMENT EXHIBIT B1