

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 2, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **861053383804**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 6919 W BROWARD BLVD 33317 |
| Signed for by: | R.ARIALES | Delivery date: | Sep 4, 2007 10:02 |
| Service type: | Priority Envelope | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 861053383804 | Ship date: | Aug 31, 2007 |

Recipient:
CARY PINE
-
69619 W BROWARD BLVD 124
33317 US

Shipper:
ALOYMA SANCHEZ
USDOJ/US ATTORNEYS OFFICE
99 NE 4TH ST
33132 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



GOVERNMENT EXHIBIT B2