UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
Vs.                           )
                              )
CARY PINE,                    )
                              )
        Defendants.           )
_____)

## AFFIDAVIT OF NON-APPEARANCE

STATE OF FLORIDA
COUNTY OF DADE

**ORIGINAL**

I, Suzanne Fernandez, Shorthand Reporter, do hereby certify that I was present at the offices of the U.S. Attorney, 99 NE 4th Street, 3rd Floor, Miami, Florida, on the 10th day of October 2007 at 1:30 p.m., for the purpose of reporting the deposition of Cary Pine, scheduled to begin at 1:30 p.m., and that the deponent did not appear.

WITNESS MY HAND AND SEAL at Miami, Dade County, Florida, this 10th day of October 2007.

Suzanne Fernandez,
Court Reporter

SUZANNE FERNANDEZ
Notary Public - State of Florida
My Commission Expires May 12, 2010
Commission # DD 547848

GOVERNMENT EXHIBIT C

FERNANDEZ & ASSOCIATES
444 Brickell Avenue, Suite 718, Miami  FL 33131