UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                         **O R D E R**

CARY PINE,

       Defendant.
_____/

      THIS MATTER is before the Court upon Plaintiff United States of America's Motion To Compel Discovery And To Compel Defendant To Attend Deposition In Aid Of Execution (DE 9). The Court has carefully considered said Motion and the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** that Plaintiff United States of America's Motion To Compel Discovery And To Compel Defendant To Attend Deposition In Aid Of Execution (DE 9) be and the same is hereby **GRANTED** as follows:

      1. Defendant Cary Pine shall appear for his deposition at the Office of the United States Attorney for the Southern District of Florida, 99 N.E. 4th Street, 3rd Floor, Miami, FL 33132, at a time and date to be set by Plaintiff's counsel. At said deposition, Defendant shall provide the documentation enumerated in Schedules A, B, and C of the Notice Of Taking Deposition In Aid Of Execution (DE 9, Ex. B);

2. On or before <u>noon</u> <u>Thursday, November, 29, 2007</u>, Defendant Cary Pine shall serve upon Plaintiff's counsel full and complete responses to Plaintiff's First Request For Production In Aid Of Execution (DE 9, Ex. D), which was propounded on or about August 30, 2007;

3. Upon failure of Defendant Cary Pine to comply with the terms and conditions of this order, the Court will entertain the appropriate Motion For Sanctions, including, but not limited to, holding Defendant in contempt of Court;

4. Pursuant to Federal Rule of Civil Procedure 37, on or before <u>noon</u> <u>Thursday, November 29, 2007</u>, Defendant shall file with the Clerk of this Court a Memorandum showing good cause for his failure to appear at his duly noticed deposition scheduled for October 10, 2007, and his failure to provide the documentation requested in Plaintiff's First Request For Production In Aid Of Execution (DE 9, Ex. D), which was propounded on or about August 30, 2007;

5. Pursuant to Federal Rule of Civil Procedure 37, on or before <u>noon</u> <u>Thursday, November 29, 2007</u>, Plaintiff shall file with the Clerk of this Court a Memorandum together with supporting Affidavits and Exhibits consistent with Local Rule 7.3(A) of the United States District Court for the Southern District of Florida establishing the fees and costs incurred in the preparation and execution of the instant Motion; and

6. Plaintiff's counsel <u>shall</u>, in accordance with Federal Rule

of Civil Procedure 4(e), cause a true and correct copy of this Order to be served upon Defendant Cary Pine at lease seven (7) days prior to the scheduling of his deposition, and Plaintiff's counsel <u>shall</u> file a completed Return of Service with the Clerk of this Court reflecting the same.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of November, 2007.

                               WILLIAM J. ZLOCH
                               United States District Judge

Copies furnished:

Jennifer A. Margolis, Esq.
For Plaintiff