UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                           **O R D E R**

CARY PINE,

    Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Plaintiff United States of America's Motion To Compel Discovery And To Compel Defendant To Attend Deposition In Aid Of Execution (DE 7) be and the same is hereby **DENIED** as moot pursuant to DE 8.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   15th   day of November, 2007.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record