UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CIV-ZLOCH/SELTZER

UNITED STATES OF AMERICA

      Plaintiff,

v.

CARY PINE,

      Defendant.

_____/

**PLAINTIFF'S MOTION FOR EXTENSION
OF TIME FO FILE MOTION TO TAX COSTS**

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, moves for a **two** (**2**) day extension of time until and including December 3, 2007, within which to file Plaintiff's Motion to Tax Costs and states as follows:

1. On November 14, 2007, this Court directed the Plaintiff to file by noon, November 29, 2007, a motion setting forth the fees and costs incurred in the preparation and execution of Plaintiff's Motion to Compel Defendant to Attend Deposition in Aid of Execution.

2. Plaintiff did not receive the itemized invoices until the November 29, 2007, at 5:01 p.m.

3. Because of the delay in receiving the invoices, the undersigned Assistant U.S. Attorney was not been able to file the motion with the itemized costs as required by the Court's Order.

4. The undersigned Assistant United States Attorney was not able to contact the Defendant.

5.  This motion is not submitted for the purpose of delay and the enlargement of time requested will not prejudice the Defendant.

WHEREFORE, based on the foregoing, it is respectfully requested that a two (2) day extension of time be granted until and including December 3, 2007, within which to file its motion to tax costs pursuant to the Court's Order dated November 14, 2007.

Respectfully submitted,

Dated: November 29, 2007
      Miami, Florida

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:    s/Aloyma M. Sanchez
       Aloyma M. Sanchez (0717509)
       Assistant U.S. Attorney
       Email: Aloyma.Sanchez@usdoj.gov
       Federal Justice Building
       99 N.E. 4th St., Suite 300
       Miami, Florida 33132
       Tel: (305) 961-9204
       Fax: (305) 530-7139
       Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served by federal express and U.S. Mail  this 29th  day of November, 2007 upon  party of record who is not authorized to receive electronically Notices of Electronic Filing as indicated on the attached service list:

s/Aloyma M. Sanchez
Aloyma M. Sanchez
Assistant United States Attorney

**SERVICE LIST**
United States of America v. Cary Pine,.
Case No. 00-6033-Civ-Zloch
United States District Court, Southern District of Florida

Cary Pine
6919 W. Broward Blvd. #124
Plantation, Florida 33132
***Served by Federal Express***

**Aloyma M. Sanchez**
Assistant United States Attorney
Fla. Bar No. (0717509)
Email: aloyma.sanchez@usdoj.gov
Federal Justice Building
99 NE 4th Street, Suite 300/Civil Division
Miami, Florida 33132
Tel.: (305) 961-9204
Fax: (305) 530-7139
Counsel for Defendant
Served via Notice of Electronic Filing generated by CM/ECF