UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CIV-ZLOCH/SELTZER

UNITED STATES OF AMERICA

    Plaintiff,

v.

CARY PINE,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO TAX COSTS**
**PURSUANT TO COURT'S ORDER**

Plaintiff, United States of America, by and through its undersigned Assistant United States Attorney moves to tax costs pursuant to this Court's Order of November 14, 2007. In support of this Motion, Plaintiff states as follow:

1. On October 18, 2007, the Plaintiff filed its Motion to Compel Discovery and to Compel Defendant to attend Deposition in Aid of Execution. D.E. 9-1.

2. On November 14, 2007, the Court granted Plaintiff's Motion and *inter-alia*, ordered that the Plaintiff file a motion establishing the fees and costs incurred in the preparation and execution of Plaintiff's Motion to Compel. D.E. 10

## BILL OF COSTS

Plaintiff, the United States of America, is entitled to recover from Defendant, its costs in this proceeding.

| | |
|---|---|
| Fee for failure to show for Deposition<br>Invoice is attached hereto as Exhibit "A" | $ 78.00 |
| Fee for Service and Travel, In order to serve the defendant with a copy of the Court's Order dated November 14, 2007<br>Invoice is attached hereto as Exhibit "B" | $ 100.00<br>_____ |
| TOTAL | $178.00 |

WHEREFORE, based on the foregoing, Plaintiff request that Court grant its motion to tax costs for the fees and costs incurred.

Dated: November 30, 2007
      Miami, Florida

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:   s/Aloyma M. Sanchez
      Aloyma M. Sanchez (0717509)
      Assistant U.S. Attorney
      Email: Aloyma.Sanchez@usdoj.gov
      Federal Justice Building
      99 N.E. 4th St., Suite 300
      Miami, Florida 33132
      Tel: (305) 961-9204
      Fax: (305) 530-7139
      Counsel for Defendant

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by federal express and U.S. Mail this 30th day of November, 2007 upon party of record who is not authorized to receive electronically Notices of Electronic Filing as indicated on the attached service list:

              s/Aloyma M. Sanchez
              Aloyma M. Sanchez
              Assistant United States Attorney

**SERVICE LIST**
<u>United States of America v. Cary Pine</u>,.
Case No. 00-6033-Civ-Zloch
United States District Court, Southern District of Florida

Cary Pine
6919 W. Broward Blvd. #124
Plantation, Florida 33132
*Served by Federal Express*

**Aloyma M. Sanchez**
Assistant United States Attorney
Fla. Bar No. (0717509)
Email: aloyma.sanchez@usdoj.gov
Federal Justice Building
99 NE 4th Street, Suite 300/Civil Division
Miami, Florida 33132
Tel.: (305) 961-9204
Fax: (305) 530-7139
Counsel for Defendant
Served via Notice of Electronic Filing generated by CM/ECF