## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE No:    00-6033-CIV-ZLOCH/SELTZER

UNITED STATES OF AMERICA

        Plaintiff

vs.

CARY PINE,

        Defendant,
_____/

### PLAINTIFF'S NOTICE OF
### FILING OMITTED EXHIBITS

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney hereby files omitted exhibits A and B for document 13-1.

Dated: November 30, 2007          Respectfully submitted,
      Miami, Florida

                      R. ALEXANDER ACOSTA
                      UNITED STATES ATTORNEY

                By:    s/Aloyma M. Sanchez
                      Aloyma M. Sanchez (0717509)
                      Assistant U.S. Attorney
                      Aloyma.Sanchez@usdoj.gov
                      Federal Justice Building
                      99 N.E. 4th St., Suite 300
                      Miami, Florida 33132
                      Tel: (305) 961-9204
                      Fax: (305) 530-7139
                      Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on __November 30, 2007__, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by U.S. mail this __30th__ day of __November__, 2007 upon party of record who is not authorized to receive electronically Notices of Electronic Filing as indicated on the attached service list:

                              __s/Aloyma M. Sanchez__
                              Aloyma M. Sanchez
                              Assistant United States Attorney

<u>United States of America v. Cary Pine</u>
Case No.  00-6033-CIV-ZLOCH/SELTZER

<u>SERVICE LIST</u>

Cary Pine
6919 W. Broward Blvd. #124
Plantation, FL 3312
***Served by U.S. Mail***

Aloyma M. Sanchez
Assistant United States Attorney
Fla. Bar No. (0717509)
Email: <u>aloyma.sanchez@usdoj.gov</u>
Federal Justice Building
99 NE 4th Street, Suite 300/Civil Division
Miami, Florida 33132
Tel. (305) 961-9204
Fax (305) 530-7139
Counsel for Plaintiff