**RECEIVED**
07 NOV 29 PM 6:01
U.S. ATTORNEY

**Fernandez & Associates**
Court Reporters
444 Brickell Avenue, Suite 718
Miami, Florida 33131
305-374-8868   FAX 305-374-9668

# Invoice

| INVOICE # | DATE |
|---|---|
| 8505 | 10/11/2007 |

| BILL TO |
|---|
| U.S. ATTORNEY'S OFFICE<br>99 N.E. 4th Street, 2nd Floor<br>MIAMI, FL 33132 |

| ATTN | Aloyma Sanchez, AUSA |
|---|---|

| REPORTER | | | TERMS |
|---|---|---|---|
| S. Fernandez | | | Due on receipt |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/10/2007 | United States of America vs. Cary Pine<br>Authorization #11008-409004<br>Call #004-09-004<br><br>Attendance of reporter for the Deposition of Cary Pine. Witness did not show. CNA provided. | 1 | 78.00 | 78.00 |

CERTIFICATE OF RECEIPT
I certify that these goods/services were received on _____ (date) and accepted on _____ (date). Oral purchase was authorized and no confirming order has been issued.
☐ PARTIAL  ☒ FINAL payment
☐ DIRECT  ☐ OCDETF  ☐ ASSET FORF  ☐ HCF
Case No. 00-6033-CIV-SEITZ
Auth No. 11008-09-004
(Signature) Brenda Glasford   (Date) 11/29/07
(Print name and title) Brenda Glasford

It's been a pleasure working with you!

| | Total | $78.00 |
|---|---|---|

Thank you for using Fernandez & Associates, Inc.
Past due invoices carry a 1.5% interest charge per month.
Tax ID # 65-0595628    DUNS # 96 550 7734

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 00-6033
EXHIBIT NO. A