# INVOICE

**SERVICE OF PROCESS, INC.**
P.O. Box 45-2354
Miami, FL 33245-2354
Phone: (305) 226-6809
Fax: (305) 551-9819
59-2641075

RECEIVED
07 NOV 29 PM 6:01
U.S. ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

Inv. # 2007003757
11-26-2007

Aloyma Sanchez
U.S. ATTORNEY
99 Ne 4 Street
Suite 300
Miami FL

Reference Number: 14233
Your Contact: BRENDA GLASFORD
**Case Number: Southern 00-6033-CIV-ZLOCH**

Plaintiff:
**UNITED STATES OF AMERICA**

Defendant:
**CARY PINE**

Received: 11/20/2007   Completed: 11/21/2007
To be served on: PINE, CARY

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 100.00 | 100.00 |
| TOTAL CHARGED: | | | $100.00 |
| **BALANCE DUE:** | | | **$100.00** |

### CERTIFICATE OF RECEIPT

I certify that these goods/services were received on _____ (date) and accepted on _____ (date). Oral purchase was authorized and no confirming order has been issued.

☐ PARTIAL  ☑ FINAL payment
☐ DIRECT  ☐ OCDETF  ☐ ASSET FORF  ☐ HCF

Case No. 00-6033-CIV-ZLOCH
Auth No. 14233

_Brenda Glasford_   11/29/07
(Signature)              (Date)
Brenda Glasford
(Print name and title)

Please enclose a copy of this invoice with your payment.



AO385-C
**GOVERNMENT EXHIBIT**
CASE NO. 00-6033
EXHIBIT NO. B

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j