UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    **O R D E R**

CARY PINE,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff United States of America's Motion For Extension Of Time To File Motion To Tax Costs (DE 12) and Plaintiff United States of America's Motion To Tax Costs Pursuant To Court Order (DE 13). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    Federal Rule of Civil Procedure 37 allows a Court to award the fees and expenses "incurred in making the motion" to a movant successful on a Motion To Compel. Fed. R. Civ. P. 37(a)(5)(effective December 1, 2007). The Court notes that in Plaintiff's instant Motion To Tax Costs (DE 13), it seeks to recover its expenses for a process server incurred on November 21, 2007. However, the underlying Motion To Compel (DE 9), whose success entitles Plaintiff to recover its costs, was filed October 30, 2007. Therefore, said process serving costs are not recoverable.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff United States of America's Motion For Extension Of

Time To File Motion To Tax Costs (DE 12) be and the same is hereby **GRANTED**;

2. Plaintiff United States of America's Motion To Tax Costs Pursuant To Court Order (DE 13) is hereby deemed timely filed;

3. Plaintiff United States of America's Motion To Tax Costs Pursuant To Court Order (DE 13) be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

a. Plaintiff United States of America does have and recover from Defendant Cary Pine the sum of $78.00 in costs incurred in filing its Motion To Compel (DE 9), for all of which let execution issue; and

b. In all other respects Plaintiff United States of America's Motion To Tax Costs Pursuant to Court Order (DE 13) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of December, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record