UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6033-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff

v.

CARY PINE

    Defendant



FILED by ___ D.C.
INTAKE
DEC - 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## MOTION TO REQUEST CONTINUANCE

Comes now the defendant, Cary M. Pine and pray this court grant a Continuance to the previously-filed Plaintiff's Taking of Deposition in Aid of Execution for the following valid reasons:

(1) The Plaintiff's first request for this deposition was not properly served upon the defendant. It was, instead, sent to an alternate address, causing a delay in the Defendant's receipt thereof. This explains the Defendant's missing the first scheduled date.
(2) The Plaintiff's second request for this deposition did not provide an adequate amount of time for the Defendant to assemble the vast amount of documentation requested.
(3) The Defendant has proposed a settlement to the Counsel for the Plaintiff which, if accepted, would eliminate the need for a Deposition in Aid of Execution.
(4) In a recent telephone conversation with the Counsel for the Plaintiff, she has expressed to the Defendant that she did not have an objection to this Continuance.

In view of the aforestated facts, the undersigned Defendant does respectfully request this Honorable Court to grant a Continuance of not less than 60 days.

Dated: November 30, 2007        Cary M. Pine
                                          Defendant