```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 00-6033-CIV-ZLOCH
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                **O R D E R**

CARY PINE,

    Defendant.

_____/

THIS MATTER is before the Court upon Defendant Cary Pine's Motion To Request Continuance (DE 16), which the Court construes as a Motion For Enlargement Of Time. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Defendant Cary Pine's Motion To Request Continuance (DE 16), which the Court construes as a Motion For Enlargement Of Time, be and the same is hereby **GRANTED**;

2. That Defendant shall have up to and including <u>noon</u> on <u>February 6, 2008</u>, to comply with the terms and conditions of this Court's prior Order (DE 10); and

3. That Plaintiff's counsel shall, in accordance with Federal Rule of Civil Procedure 4(m), cause a true and correct copy of this Order to be served upon Defendant Cary Pine at least seven (7) days

prior to the scheduling of his deposition, and Plaintiff's counsel shall file a completed Return of Service with the Clerk of this Court reflecting the same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___6th___ day of December, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Aloyma Sanchez, Esq., AUSA
For Plaintiff